AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

GARY GENE WATTS,

    Petitioner,

V.

CRAIG FARWELL, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:04-cv-00386-ECR-RAM**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the first amended petition for writ of habeas corpus (#17) is DENIED.


  March 28, 2008                      **LANCE S. WILSON**
                                                   Clerk

                                               /s/ Kalani Lizares
                                                 Deputy Clerk